EDMUND BOYNTON *vs.* WILLIAM FOSTER & Trustee.

A judgment in a cause, rendered by the court of common pleas, after the cause is removed, pursuant to *St.* 1840, *c.* 87, from that court to the supreme judicial court, is merely void.

Where one who is summoned as trustee in a process of foreign attachment makes a general answer, and is discharged by the court of common pleas, after the cause is removed to the supreme judicial court, such discharge is void. He must follow the cause into the supreme judicial court, and, if required by the plaintiff, must there answer interrogatories.

THIS action, in which the damages were laid at $1500, was entered in the court of common pleas at April term 1842. Foster, the principal defendant, appeared at that term, and the action was placed on the trial list. On the 11th day of said term, said Foster made application to have the action removed to the supreme judicial court, conformably to *St.* 1840, *c.* 87, § 3, and the action was removed accordingly on that day. On the 1st day of said April term, Frederick Crosby, who was summoned as trustee of the principal defendant, filed his general answer, by attorney, not sworn to, gave notice thereof to the plaintiff's attorney, and was discharged on the 24th day of said term. No interrogatories to said trustee were filed, and neither he nor his attorney knew, when he was discharged, that said action had been removed as aforesaid. Execution in favor of said trustee, for his costs in said action, was issued against the plaintiff, on the 28th of July 1842, and has been satisfied. Neither the plaintiff nor his counsel knew that said trustee was discharged, or that any motion for his discharge had been made, or was contemplated, until after said execution had issued.

The action was duly entered in the supreme judicial court, at the November term 1842. On the 12th of December 1842, the plaintiff filed interrogatories to said Crosby, who appeared *de bene esse*, by his counsel, but did not answer thereto. The plaintiff therefore moved the court for an order upon said Crosby, that he file his answer on a day certain.

*Andrew*, for the plaintiff.

*A. H. Fiske*, for the trustee.

SHAW, C. J. It appears that this cause was rightly removed

from the court of common pleas to this court, at the first term, pursuant to *St.* 1840, *c.* 87, § 3. The court are of opinion that, after such removal, the case in the court of common pleas was *coram non judice ;* that court had no jurisdiction ; and the judgment discharging the trustee was merely void, and no writ of error was necessary to reverse it.

The trustee was bound to follow the cause, and to answer in this court; and a day must be fixed for him to answer.